IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| vs. ) | CASE NUMBER :   CR206-34-1 |
| ) | |
| TYRONE BERNARD BRADLEY ) | |
| ) | |
| Defendant ) | |

CLERK'S CERTIFICATE/ORDER

The Clerk hereby certifies that __EVELYN LOUISE BRADLEY__ has deposited with the Court the sum of $ __5,000.00__ under F.R.Cv.P. 67. The money, designated as Registry funds, is hereby ORDERED to be deposited in an interest bearing account in accordance with the general order of this Court, entered September 23, 1983.

DONE this __1st__ day of __November__, __2006__, by Order of this Court.

SCOTT L. POFF , CLERK

By _____
Deputy Clerk

(Rev. 9/02)