# UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
PROBATION OFFICE

**RICHARD A. LONG**
CHIEF PROBATION OFFICER

P. O. BOX 8165
SAVANNAH 31412

PHONE: 912-650-4150
FAX: 912-650-4148



AUGUSTA 30903
FEDERAL JUSTICE CENTER
P. O. BOX 760
PHONE: 706-849-4450
FAX: 706-849-4449

BRUNSWICK 31521
P. O. BOX 878
PHONE: 912-280-1350
FAX: 912-280-1349

STATESBORO 30459
P. O. BOX 1179
PHONE: 912-764-8876
FAX: 912-764-6046

BRUNSWICK

# MEMORANDUM

DATE: January 18, 2007

TO: Honorable James E. Graham
United States Magistrate Judge

Karl Knoche
Assistant U. S. Attorney

FROM: Fonda Dixon
United States Probation Officer

RE: Tyrone Bernard Bradley
CR206-00034-001
Brunswick Division
Represented by: Reid Zeih

### REPORT OF APPARENT VIOLATION OF CONDITIONS OF RELEASE

This report is made pursuant to 18 U.S.C. § 3154(5).

Defendant appeared before Your Honor on October 31, 2006, and was released pursuant to 18 U.S.C. § 3142, on various conditions, including the condition the defendant refrain from use or unlawful possession of a narcotic drug and other controlled substances defined in 21 U.S.C. § 802 unless prescribed by a licensed medical practitioner.

On January 12, 2007, the defendant submitted a urine specimen that tested positive for cocaine on a five-panel field test. The defendant denied using cocaine. He stated he had recently taken a crack pipe away from his aunt and cleaned up some baggies belonging to her and that he may have absorbed cocaine into his

system. The specimen was sent to Scientific Testing Laboratories, Inc., for confirmation. The specimen was confirmed positive for cocaine on January 17, 2007.

After being confronted with the lab results, the defendant still denies using cocaine. However, he is agreeable to participating in outpatient substance abuse treatment.

Section 3148 of Title 18, U.S. Code provides that "The attorney for the Government may initiate a proceeding for revocation of an order of release by filing a motion with the district court."

The Court may, on its own motion, cause the defendant to be brought before it, either by arrest or by summons, for the purpose of determining whether the order of release should be revoked or modified.

**Assessment and Recommendation:**

This violation is the defendant's first violation of his release conditions. He has abided by all other conditions to date. Therefore, it is recommended that the defendant's conditions of release be modified to include the condition that he participate in a program of outpatient substance abuse counseling.

Reviewed by:

for Stephen C. Gray
Supervisory U. S. Probation Officer

Approved: X

Not Approved: _____

James E. Graham
United States Magistrate Judge

1-19-07
Date

PS 42
(Rev. 9/05)

# United States District Court
## Southern District Of Georgia

United States of America )
)
vs. )
)
Tyrone Bernard Bradley ) Case No. CR206-00034-001

FILED
U.S. DISTRICT COURT
BRUNSWICK DIV.

2007 JAN 19 P 4: 33

CLERK _F. LaVictoire_
SO. DIST. OF GA.

## CONSENT TO MODIFY CONDITIONS OF RELEASE

I, __Tyrone Bernard Bradley__, have discussed with __Fonda Dixon__, Probation Officer, modifications of my release conditions as follows:

The defendant shall participate in a program of outpatient substance abuse counseling.

I hereby waive a hearing and consent to this modification of my release conditions and agree to abide by this modification.

_[signature]_  1·19·07        _[signature Fonda Dixon]_  1·19·07
Signature of Defendant   Date         Probation Officer        Date

☒ The above modification of conditions of release is ordered.
☐ The above modification of conditions of release is *not* ordered.

_[signature]_                              1-19-07
James E. Graham                             Date
United States Magistrate Judge